UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:

UNITED STATES OF AMERICA,

:

                         Plaintiff,

:     <u>JUDGMENT OF FORFEITURE</u>

               -v.-

:     22 Civ. 00229 (JMF)

A LATE 12TH CENTURY BAYON-STYLE
SANDSTONE SCULPTURE DEPICTING EIGHT-  :
ARMED AVALOKITESHVARA,

:

A LATE 12TH CENTURY BAYON-STYLE
SANDSTONE SCULPTURE DEPICTING     :
BUDDHA UNDER A NAGA,

:

AN 11TH CENTURY KLEANG-STYLE
SANDSTONE SCULPTURE DEPICTING     :
VISHNU,

:

AN 8TH CENTURY PRE-ANGKOR PERIOD
SANDSTONE SCULPTURE DEPICTING     :
STANDING BUDDHA,

:

A 10TH CENTURY PRE RUP-STYLE BRONZE
SCULPTURE DEPICTING A FEMALE DEITY,  :
POSSIBLY LAKSHMI,

:

AN ANGKOR WAT-STYLE BRONZE
SCULPTURE DEPICTING SEATED BUDDHA,  :

AN 8TH CENTURY CHAM BRONZE SCULPTURE  :
DEPICTING DURGA,

:

A 10TH CENTURY KOH KER-STYLE
SANDSTONE SCULPTURE OF A YAKSHA,    :

AN 11TH CENTURY BAPHUON-STYLE     :
SANDSTONE SCULPTURE DEPICTING FOUR-
ARMED AVALOKITESHVARA,            :

A 14TH CENTURY CHIANG SAEN-STYLE    :

BRONZE SCULPTURE DEPICTING SEATED          :
BUDDHA,
                                            :
A LATE 14TH CENTURY AYUTTHAYA-PERIOD
BRONZE HEAD OF BUDDHA,                       :

AN 8TH CENTURY STANDING BRONZE          :
SCULPTURE DEPICTING AVALOKITESHVARA,
                                            :
A 10TH CENTURY KOH KER-STYLE
SANDSTONE SCULPTURE DEPICTING                :
GANESHA,
                                            :
AN 18TH TO EARLY 19TH CENTURY
MANDALAY-STYLE BRONZE, PAINT AND             :
GILT SCULPTURE DEPICTING SEATED
BUDDHA,                                      :

A 12TH CENTURY BAGAN-STYLE BRONZE       :
SCULPTURE DEPICTING STANDING BUDDHA,
                                            :
AN 11TH CENTURY BAPHUON-STYLE
SANDSTONE SCULPTURE DEPICTING                :
VISHNU,
                                            :
A LATE 12TH CENTURY SANDSTONE
SCULPTURE DEPICTING GARUDA ASTRIDE A         :
NAGA,
                                            :
A 7TH TO 8TH CENTURY BRONZE SCULPTURE
DEPICTING AVALOKITESHVARA,                   :

A 12TH CENTURY BRONZE SCULPTURE         :
DEPICTING VISHVAKARMAN,
                                            :
A 12TH CENTURY ANGKOR WAT-STYLE PAIR
OF BRONZE FINIALS,                           :

A 12TH CENTURY BRONZE TRIAD OF          :
BUDDHIST SCULPTURES,
                                            :
A 9TH CENTURY GOLD KOSA HEAD OF SHIVA,
                                            :
A 6TH CENTURY ANGKOR BOREI-STYLE

SANDSTONE HEAD OF BUDDHA,                                     :

A 12TH CENTURY ANGKOR WAT-STYLE                              :
BRONZE SCULPTURE DEPICTING STANDING
SHIVA,                                                       :

A 12TH CENTURY BAYON-STYLE BRONZE                           :
SCULPTURE DEPICTING AVALOKITESHVARA,
                                                            :
A 6TH TO 7TH CENTURY SANDSTONE
MUKHALINGA,                                                 :

AN 8TH CENTURY BRONZE SCULPTURE                             :
DEPICTING BODHISATTAVA
AVALOKITESHVARA,                                            :

A PAIR OF 12TH CENTURY GOLDEN BOWLS                         :
ON BRONZE BASES,
                                                            :
A 13TH TO 14TH CENTURY SUKHOTHAI-STYLE
GILT BRONZE HEAD OF BUDDHA,                                 :

A 12TH CENTURY KHMER BRONZE BOAT                            :
PROW IN THE FORM OF A GARUDA,
                                                            :
AN 11TH CENTURY CHOLA-STYLE BRONZE
SCULPTURE DEPICTING CHANDRASEKARA,                          :

AN 11TH CENTURY CHOLA-STYLE BRONZE                          :
SCULPTURE DEPICTING SHIVA NATARAJA,
                                                            :
AN 11TH CENTURY CHOLA-STYLE BRONZE
SCULPTURE DEPICTING SHIVAKAMI, and,                         :

A 7TH CENTURY ANGKOR BOREI-STYLE                            :
BRONZE SCULPTURE DEPICTING STANDING
BUDDHA,                                                     :

                                                            :
              Defendants-*in-rem*.
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    WHEREAS,  on  or  about  January  11,  2022,  the  United  States

commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Sections 542, 545, 981, and 2314, and Title 19, United States Code, Section 1595;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on January 21, 2022, through February 19, 2022, and proof of such publication was filed with the Clerk of this Court on March 24, 2022 (D.E. 5);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem* within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about February 3, 2022, the Government sent direct notice of the Verified Complaint by Certified Mail to the following:

Jim Clark
Greenwich, CT 06831

(the "Noticed Party");

WHEREAS, the Noticed Party is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so,

as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement

Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

      1.    The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the

plaintiff United States of America.

      2.    The United States shall dispose of the Defendants-*in-rem*, according to

law.

Dated: New York, New York
      March  25 , 2022

      SO ORDERED:

The Clerk of Court is directed to
terminate ECF No. 6 and close this
case.  All conferences are
canceled.

      THE HONORABLE JESSE M. FURMAN
      UNITED STATES DISTRICT JUDGE